1 | Dean T. Kirby, Jr.    Calif. Bar No. 090114
KIRBY & McGUINN, A P.C.
2 | 600 B Street, Suite 1950
San Diego, California 92101-4515
3 | Telephone: (619) 685-4000  Facsimile:  (619) 685-4004

4 | Michelle L. Abrams    Nev. Bar No. 5565
MICHELLE L. ABRAMS, LTD.
5 | 3085 South Jones Blvd., Suite C
Las Vegas, NV  89146
6 | Telephone: (702) 369-3724 Facsimile (702) 369-0651

7 | Attorneys for Defendants
Eagle Investment Partners, L.P. and Vindrauga Corporation

8

## UNITED STATES DISTRICT COURT

### District of Nevada

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC<br>Debtor | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND,<br>LLC<br>Debtor | Jointly Administered Under<br>**Case No. BK-S-06-10725 LBR**<br><br>**Adversary No. 07-01124 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>Debtor | **CERTIFICATE OF INTERESTED<br>PARTIES AND CERTIFICATE<br>REQUIRED BY LR 5004** |
| In re:<br>USA SECURITIES, LLC<br>Debtor | |
| COMPASS USA SPE LLC and<br>COMPASS FINANCIAL PARTNERS, LLC<br><br>Plaintiffs<br><br>v.<br><br>EAGLE INVESTMENT PARTNERS, L.P. and<br>VINDRAUGA CORPORATION<br><br>Defendants | |

The undersigned, counsel of record for Defendants Eagle Investment Partners and Vindrauga Corporation, certifies that the following persons have an interest in the outcome of this adversary proceeding:

Defendant Vindrauga Corporation

Eagle Investment Partners, L.P. ("EIP")

The limited partners of EIP listed in Exhibit A hereto.

Debt Acquisition Company of America V, LLC ("DACA"), in its capacity as general partner and limited partner of EIP.

The following individual shareholders of Vindrauga Corporation and members of DACA:

Howard Justus

Andrew Whatnall

Thomas Scheidt

There are no corporations that are required to be identified pursuant ro Federal Rule of Bankruptcy Procedure 7007.1.

These representations are made to enable judges of the court to evaluate possible recusal.

DATE: August 16, 2007

KIRBY & McGUINN, A.P.C.

By: /s/ Dean T. Kirby, Jr.
Dean T. Kirby, Jr.
Attorneys for Defendants
Eagle Investment Partners, L.P.
and Vindruaga Corporation

Compass USA SPE LLC, et al. v. Eagle Investment Partners, L.P., et al.
Certificate of Interested Parties

Case No. 07-01124-LBR
Page No. 2

Eagle Investment Partners
Listing of Members Other Than DACA

| Title | ADDRESS | CITY STATE | State | Investment |
|---|---|---|---|---|
| ROBERT J. KEHL & RUTH ANN KEHL, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP | 4963 MESA CAPELLA DRIVE | LAS VEGAS, NV 89148 | NV | 500,000.00 |
| BOB G THROWER & DEBRA A THROWER, HUSBAND AND WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP | 1896 Rankin Drive | Carson City, NV 89701 | NV | 150,000.00 |
| DIANA F. WEILAND TTEE, WEILAND TRUST | 977 W Hano Circle | Ivins, UT 84738 | UT | 50,000.00 |
| RAYMOND E HARSHMAN & MARGARET E HARSHMAN TRUSTEES OF THE RAYMOND E. & MARGARET ELISE HARSHMAN FAMILY TRUST DATED 3/4/87 | PO BOX 716 | OCEANSIDE, CA 92049 | CA | 40,000.00 |
| IAN B. FINLAYSON TRUSTEE OF FINLAYSON 1991 FAMILY TRUST | 7330 Edna Ave | Las Vegas, NV 89117- | NV | 500,000.00 |
| KARYN Y. FINLAYSON TRUSTEE OF THE 2003 KARYN Y. FINLAYSON TRUST DATED 12/29/03 | 9768 Derbyhill Circle | Las Vegas, NV 89117- | NV | 100,000.00 |
| ANDREW J. LEMBERSKY, AN UNMARRIED MAN | 3928 PLACITA DEL LAZO | LAS VEGAS, NV 89120 | NV | 145,000.00 |
| LEONARD GREENBLATT TRUSTEE OF THE BERNARD GREENBLATT LIVING TRUST UA DATED 7/15/98 | 680 BUFFWOOD AVE | LAS VEGAS, NV 89123 | NV | 300,000.00 |
| DAVID P. BETTERIDGE, A SINGLE MAN | 977 W HANO CIRCLE | IVINS, UT 84738 | UT | 35,000.00 |
| JAMES FEENEY TRUSTEE OF THE E & M HARDWARE PROFIT SHARING PLAN, JAMES FEENEY | 3800 HOWARD HUGHES PKWY | LAS VEGAS, NV 89109 | NV | 100,000.00 |
| ROBERT D. EARP, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY | 609 N LAUREL ST | EL PASO, TX 79903 | TX | 50,000.00 |
| ROBERT S SPECKERT TRUSTEE OF THE ROBERT S SPECKERT REV. LIVING TRUST DATED 8/11/82 | 2128 RED SKY STREET | LAS VEGAS, NV 89134 | NV | 50,000.00 |
| STANLEY BELNAP & GLORIA BELNAP, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP | 9900 FOX SPRINGS DRIVE | LAS VEGAS, NV 89117 | NV | 200,000.00 |
| WILLIAM A. DOWNEY, MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY | 3637 Larch Ave Suite 3 | South Tahoe, CA 96150 | CA | 280,000.00 |
| GEORGE J. GAGE & MIRIAM B. GAGE CO-TRUSTEES OF THE GEORGE GAGE TRUST DATED 10/6/99 | 10813 BRINKWOOD AVENUE | LAS VEGAS, NV 89134 | NV | 100,000.00 |
| SUSAN P. HALL TRUSTEE OF THE GEORGE W. HALL & SUSAN P. HALL REVOCABLE LIVING TRUST DATED 10/26/01 | 224 STONE QUARRY ROAD | WESTFIELD, PA 16950 | PA | 32,000.00 |
| MARJORIE HOWARTH, AN UNMARRIED WOMAN | 30116 CORTE SAN LUIS | TEMECULA, CA 92591 | CA | 25,000.00 |
| LEONA LUBLINER TRUSTEE OF THE LEONA LUBLINER LIVING TRUST U/A DATED 7/16/96 | 880 BUFFWOOD AVENUE | LAS VEGAS, NV 89123 | NV | 40,000.00 |
| PHILIP LYONS & DORA LYONS TRUSTEES OF THE PHILIP & DORA LYONS TRUST U/A DATED 8/9/99 | 2008 MARBLE GORGE DRIVE | LAS VEGAS, NV 89117 | NV | 30,000.00 |
| LEONARD MARTINEZ & TARA MARTINEZ, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP | 6297 Elvido Ave | Las Vegas, NV 89122- | NV | 30,000.00 |
| DALE MCMULLAN TRUSTEE OF THE MCMULLAN LIVING TRUST DATED 8/19/94 | 2605 YOUNGSDALE DRIVE | LAS VEGAS, NV 89134 | NV | 50,000.00 |
| HARVEY J. MCSHAFFREY & CHRISTINA F. MCSHAFFREY TRUSTEES OF THE MCSHAFFREY LIVING TRUST DATED 3/27/81 | PO BOX 560 | BIG BEAR, CA 92315 | CA | 50,000.00 |
| GEORGE H. MICHAEL & DORAMAE MICHAEL TRUSTEES OF THE GEORGE H. MICHAEL FAMILY TRUST AGREEMENT DATED 12/4/81 | 999 E ELIASON AVE | BRIGHAM CITY, UT 84302 | UT | 150,000.00 |
| DOUGLAS MINTER & ELIZABETH F. MINTER TRUSTEES OF THE MINTER FAMILY 1994 TRUST | 5389 CONTE DRIVE | CARSON CITY, NV | NV | 150,000.00 |
| LARRY L. RIEGER & PATSY R. RIEGER TRUSTEES OF THE LARRY L. RIEGER & PATSY R. RIEGER REVOCABLE TRUST DATED 8/14/91 | 2615 Glen Eagles Drive | Reno, NV 89523 | NV | 100,000.00 |
| WILLIAM J. ROZAK, JR. AN UNMARRIED MAN | 3928 Placita Del Lazo Street | Las Vegas, NV 89120 | NV | 65,000.00 |
| FREDERICK WILLIAM SCHOLEM II TRUSTEE OF THE WILLIAMS TRUST | 9917 Whalers Landing Court | Las Vegas, NV 89117 | NV | 25,000.00 |
| JILLIAN CAMPBELL & PATSY RIEGER, JOINT TENTANTS WITH RIGHT OF SURVIVORSHIP | 2024 DOUGLAS ROAD | STOCKTON, CA 95207 | CA | 35,000.00 |
| LARRY FERNANDEZ TRUSTEE OF THE FERNANDEZ FAMILY TURST DATED 6/20/84 | 3312 PLAZA DEL PAZ | LAS VEGAS, NV 89102 | NV | 100,000.00 |
| | | | $ | 3,482,000.00 |

**Exhibit A Page 1 of**