1  Dean T. Kirby, Jr.    Calif. Bar No. 090114
   KIRBY & McGUINN, A P.C.
2  600 B Street, Suite 1950
   San Diego, California 92101-4515
3  Telephone: (619) 685-4000  Facsimile: (619) 685-4004

4  Michelle L. Abrams    Nev. Bar No. 5565
   MICHELLE L. ABRAMS, LTD.
5  3085 South Jones Blvd., Suite C
   Las Vegas, NV  89146
6  Telephone: (702) 369-3724 Facsimile (702) 369-0651

7  Attorneys for Defendants
   Eagle Investment Partners, L.P. and Vindruaga Corporation
8

9                    UNITED STATES DISTRICT COURT

10                           District of Nevada

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>                                    Debtor | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC<br>                                    Debtor | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>                                    Debtor | Jointly Administered Under<br>**Case No. BK-S-06-10725 LBR**<br><br>**Adversary No. 07-01124 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>                                    Debtor | **DESIGNATION OF RECORD<br>IN SUPPORT OF MOTION FOR<br>WITHDRAWAL OF THE REFERENCE** |
| In re:<br>USA SECURITIES, LLC<br>                                    Debtor | |
| COMPASS USA SPE LLC and<br>COMPASS FINANCIAL PARTNERS, LLC<br><br>                                   Plaintiffs<br><br>v.<br><br>EAGLE INVESTMENT PARTNERS, L.P. and<br>VINDRAUGA CORPORATION<br><br>                                   Defendants | |

1 Defendants Eagle Investment Partners, L.P. and Vindrauga Corporation hereby designate the following record on its Motion for Withdrawal of the Reference:

1. Complaint for Declaratory Relief and Damages filed on May 21, 2007 In United States District Court, District of Nevada, Case No. 07-cv-00241-RCJ-VPC, *San Fernando Lenders, LLC et al v Compass USA SPE, LLC* et al., Docket No. 1

2. Emergency Motion of Compass Financial Partners LLC for Order Pursuant to U.S.C. §§ 105 and 1141 Enforcing Confirmation Order and for Civil Contempt Sanctions, filed on May 25, 2007 in United States Bankruptcy Court, District of Nevada, Case No. 06-10725, *In re USA Commercial Mortgage Company et al.,* Docket No. 3773.

3. Supplemental Order Re: Emergency Motion of Compass Financial Partners LLC for Order Pursuant to U.S.C. §§ 105 and 1141 Enforcing Confirmation Order and for Civil Contempt Sanctions, filed on August 1, 2007 in United States Bankruptcy Court, District of Nevada, Case No. 06-10725, *In re USA Commercial Mortgage Company et al.,* Docket No. 4402.

4. Order on Emergency Motion to Enforce Confirmation and for Sanctions and Order on Subject Matter Jurisdiction filed on July 2, 2007 in United States Bankruptcy Court, District of Nevada, Case No. 06-10725, *In re USA Commercial Mortgage Company et al.* Docket No. 4109.

5. Recommendation for Withdrawal of Reference Pursuant to 28 U.S.C. § 157 (d) filed on July 3, 2007 in United States Bankruptcy Court, District of Nevada, Case No. 06-10725, *In re USA Commercial Mortgage Company et al.* Docket No. 4113

6. Motion for Withdrawal of the Reference Pursuant to 28 U.S.C. § 157 (d) filed on July 3, 2007 in United States District Court, District of Nevada, Case No. 07-cv-00241-RCJ-VPC, *San Fernando Lenders, LLC et al v Compass USA SPE, LLC* et al., Docket No. 4.

7. Consent of Compass Financial Partners LLC and Compass USA SPE , LLC to Withdrawal of the Reference Pursuant to 28 U.S.C. § 157 (d) filed on July 16, 2007 in United States District Court, District of Nevada, Case No. 07-cv-00892-RCJ-GWF. Docket No. 10.

///
///
///

8. All proceedings in the above-captioned Adversary Proceeding No. 07-01124-LBR in the United States Bankruptcy Court, District of Nevada.

///

DATE: August 16, 2007

KIRBY & McGUINN, A P.C.

By: /s/ Dean T. Kirby, Jr.
Dean T. Kirby, Jr.
Attorneys for Defendants
Eagle Investment Partners, L.P.
and Vindruaga Corporation