**TRANSMITTAL MEMORANDUM**

DATE:      August 17, 2007

TO:        CLERK, UNITED STATES DISTRICT COURT

FROM:      CLERK, UNITED STATES BANKRUPTCY COURT (by: Janet Graham for Mary A. Schott)

RE:

Transmitted herewith are copies of the Records Designated in Connection with the withdrawal of reference of the adversary matter entitled:

| | | |
|---|---|---|
| In re: | ) | |
| USA COMMERCIAL MORTGAGE | ) | |
| COMPANY | ) | BK-S 06-10725 LBR |
| USA CAPITAL REALTY ADVISORS, | ) | |
| LLC | ) | BK-S 06-10726 LBR |
| USA CAPITAL DIVERSIFIED TRUST | ) | |
| DEED FUND | ) | BK-S 06-10727 LBR |
| USA CAPITAL FIRST TRUST DEED | ) | |
| FUND, LLC | ) | BK-S 06-10728 LBR |
| USA SECURITIES, LLC | ) | BK-S 06-10729 LBR |
|                Debtor | ) | |
| | ) | |
| COMPASS USA SPE LLC and | ) | Chapter 11 |
| COMPASS FINANCIAL PARTNERS LLC | ) | |
| | ) | |
|                Plaintiff | ) | |
| | ) | |
| EAGLE INVESTMENT PARTNERS, LP | ) | ADV #07-1124 |
| and VINDRAUGA CORPORATION | ) | |
| | ) | |
|                Defendants | ) | |

*[Received and Filed stamp: U.S. BANKRUPTCY COURT, MARY A. SCHOTT, CLERK, 2007 AUG 17 P 2:09]*

ATTACHED IS A DISC CONTAINING COPIES OF THE BELOW STATED DOCUMENTS AND A COPY OF ADVERSARY DOCKET SHEET 07-1124 IS PROVIDED IN PAPER FORMAT:

1.     All documents in adv #07-1124

2. From main bankruptcy case 06-10725   05/25/2007 doc 3773 Emergency Motion to Enforce Confirmation Order and for Civil Contempt Sanctions Pursuant to 11 U.S.C. Sections 105 and 1141 Filed by GEORGANNE W. BRADLEY on behalf of COMPASS PARTNERS LLC (Attachments: # 1 Exhibit A to Emergency Motion# 2 Exhibit A to Blatt Declaration# 3 Exhibit B to Blatt Declaration# 4 Exhibit B to Emergency Motion# 5 Exhibit A to Piskun Declaration# 6 Exhibit B to Piskun Declaration# 7 Exhibit C to Piskun Declaration# 8 Exhibit D tp Piskun Declaration# 9 Exhibit E to Piskun Declaration)(BRADLEY, GEORGANNE) Modified on 5/29/2007 to add emergency (Lyons, MK). (Entered: 05/25/2007)

3. From main bankruptcy case 06-10725   07/02/2007      doc 4109     Order on Emergency Motion to Enforce Confirmation and For Sanctions and Order on Subject Matter Jurisdiction (Related document(s)3773 Motion to Enforce, , filed by Interested Party COMPASS PARTNERS LLC.) (Lakas, WM) (Entered: 07/02/2007)

4. From main bankruptcy case 06-10725   07/03/2007 doc 4113      Recommendation for Withdrawal of Reference Pursuant to 28 U.S.C. 157(d) (Related document(s)3773 Motion to Enforce, , filed by Interested Party COMPASS PARTNERS LLC.) (Lakas, WM) (Entered: 07/03/2007)

5. From main bankruptcy case 06-10725   08/01/2007 4402   Supplemental Order Re: Emergency Motion of COMPASS FINANCIAL PARTNERS LLC for Order Pursuant to 11 U.S.C. 105 and 1141 Enforcing Confirmation Order and for Civil Contempt Sanctions (Related document(s)3773 Motion to Enforce, , filed by Interested Party COMPASS PARTNERS LLC.) (Lakas, WM) (Entered: 08/01/2007)

6. Documents listed in designation of record which were filed in District Court Cases 07-cv-00892-RCJ-GWF and 07-cv-00241-RCJ-VPC may be located in that Court.

**COUNSEL ARE TO FILE ALL MATTERS RELATING TO THE MOTION TO WITHDRAW REFERENCE WITH THE CLERK OF DISTRICT COURT. ALL DOCUMENTS RELATING TO OTHER MATTERS IN THE ADVERSARY CASE SHALL CONTINUE TO BE FILED WITH THE CLERK OF THE BANKRUPTCY COURT.**

A copy of Transmittal Memo was mailed to the following individuals on August 17, 2007

GEORGANNE W. BRADLEY
BULLIVANT HOUSER BAILEY
3980 HOWARD HUGHES PKY. #550
LAS VEGAS, NV 89109

DEAN T. KIRBY, JR.
600 B STREET #1950
SAN DIEGO, CA 92101

ROBERT J MOORE
TYSON M LOMAZOW
MILBANK, TWEED, HADLEY & MCCLOY
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MICHELLE L ABRAMS
MICHELLE L ABRAMS, LTD
3085 S JONES BLVD #C
LAS VEGAS, NV 89146